Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.:  20−10906−MBK
                          Chapter:  13
                          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gina−Marie Imburgio
   aka Gina−Marie Parlatti, aka Gina Marie
   Imburgio
   51 Takolusa Drive
   Holmdel, NJ 07733

Social Security No.:
   xxx−xx−1001

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/21/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 21, 2020
JAN: ckk

                                                                            Jeanne Naughton
                                                                            Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                             Case No. 20-10906-MBK
Gina-Marie Imburgio                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin               Page 1 of 1            Date Rcvd: Feb 21, 2020
                               Form ID: 148              Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db             +Gina-Marie Imburgio,    51 Takolusa Drive,    Holmdel, NJ 07733-1262
518669176      +BZ Hou, MD,    Attn: Robert Severinson, Esq.,   144 Hope Road,    Great meadows, NJ 07838-2405
518669175      +Brokerage Direct, LLC,    23 Bowers Avenue,    Runnemede, NJ 08078-1633
518669177      +Carisbrook Asset Holding Trust,    P.O. Box 19409,    Charlotte, NC 28219-9409
518669178      +Carmel Milazzo & Dichiara, LLP,    55 W. 39th Street, 18th Floor,   New York, NY 10018-3860
518669181      +Emilio Rinao Lacerra,    124 Pearce Place,    Staten Island, NY 10312-6371
518669182      +Garden State Veterinary Specislists,    1 Pine Street,    Tinton Falls, NJ 07753-7710
518669184      +Jeffrey Katz, Esq.,    Liss & katz Law, LLC,   100 Broad Street,    Suite 1205,
                 Philadelphia, PA 19110-1015
518669185      +KML Law Group, PC,    216 Haddon Avenue,   Suite 406,    Westmont, NJ 08108-2812
518669186      +Pressler Felt & Warshaw, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
518722197      +State of New Jersey,    Div of Employer Accounts,    POB 379,   Trenton, NJ 08625-0379
518669189      +State of New Jersey-Division of Taxation,    Compliance & Enforcement-Bankruptcy Unit,
                 50 Barrack Strret, 9th Floor,   P.O. Box 245,    Trenton, NJ 08695-0245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2020 01:36:59     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2020 01:36:54     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518669179      +EDI: CHASE.COM Feb 22 2020 05:53:00     Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
                 Wilmington, DE 19850-5298
518669180      +EDI: CHASE.COM Feb 22 2020 05:53:00     Chase Card Services,   Po Box 15369,
                 Wilmington, DE 19850-5369
518669183       EDI: IRS.COM Feb 22 2020 05:53:00     Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
518669187      +E-mail/Text: clientservices@simonsagency.com Feb 22 2020 01:37:46     Simon's Agency, Inc.,
                 Attn: Bankruptcy,   Po Box 5026,   Syracuse, NY 13220-5026
518669188      +E-mail/Text: clientservices@simonsagency.com Feb 22 2020 01:37:46     Simon's Agency, Inc.,
                 4963 Wintersweet Dr,   Liverpool, NY 13088-2176
518669190       EDI: TDBANKNORTH.COM Feb 22 2020 05:53:00     TD Bank, N.A.,   32 Chestnut Street,
                 Lewiston, ME 04240
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Bruce H Levitt    on behalf of Debtor Gina-Marie  Imburgio blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com;hbr69524@notify.bestcase.com;lsbankruptcynotic
               es@gmail.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for Carisbrook Asset Holding Trust
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```